IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

STEVEN BELL,

        Plaintiff,

v.                                          Civil Action No. 3:24cv829

UNKNOWN,

        Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on December 6, 2024, the Court conditionally docketed Plaintiff's action. (ECF No. 2.) At that time, the Court directed Plaintiff to affirm his intention to pay the full filing fee by signing and returning a consent to the collection of fees form. (ECF No. 2, at 2.) The Court warned Plaintiff that a failure to comply with the above directive within thirty (30) days of the date of entry thereof would result in summary dismissal of the action. (ECF No. 2, at 2.)

Plaintiff has not complied with the Court's order to return a consent to collection of fees form. As a result, he does not qualify for *in forma pauperis* status. Furthermore, he has not paid the statutory filing fee for the instant action. *See* 28 U.S.C. § 1914(a). Plaintiff's conduct demonstrates a willful failure to prosecute. *See* Fed. R. Civ. P. 41(b). Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

Date: 1/14/2025
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge